Same case below, 626 F.3d 1222.

**No. 10-6865. Miguel Angel Aguilar, Petitioner v. Virginia.**

564 U.S. 1053, 131 S. Ct. 3089, 180 L. Ed. 2d 913, 2011 U.S. LEXIS 5015.

June 28, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 280 Va. 322, 699 S.E.2d 215.

**No. 10-8337. Andrè Williams, Petitioner v. United States.**

564 U.S. 1053, 131 S. Ct. 3090, 180 L. Ed. 2d 913, 2011 U.S. LEXIS 5007.

June 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 397 Fed. Appx. 779.

**No. 10-617. Scott Roberts, Petitioner v. Kauffman Racing Equipment, L.L.C.**

564 U.S. 1053, 131 S. Ct. 3089, 180 L. Ed. 2d 913, 2011 U.S. LEXIS 5014.

June 28, 2011. Motion of Center for Democracy & Technology for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Supreme Court of Ohio denied.

Same case below, 126 Ohio St. 3d 81, 930 N.E.2d 784.

**No. 10-925. Grand Trunk Western Railroad, Inc., Petitioner v. William E. Shepard.**

564 U.S. 1053, 131 S. Ct. 3090, 180 L. Ed. 2d 913, 2011 U.S. LEXIS 5004.

June 28, 2011. Motion of Association of American Railroads for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Court of Appeals of Ohio, Cuyahoga County, denied.

**No. 10-1310 (R46-020). Norex Petroleum Limited, Petitioner v. Access Industries, Inc., et al.**

564 U.S. 1053, 133 S. Ct. 21, 180 L. Ed. 2d 913, 2011 U.S. LEXIS 5018.

June 29, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Second Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 631 F.3d 29.

**No. 10-11153 (10A1253). Richard Lynn Bible, Petitioner v. Arizona.**

564 U.S. 1053, 131 S. Ct. 3092, 180 L. Ed. 2d 913, 2011 U.S. LEXIS 5017.

June 29, 2011. Application for stay of execution of sentence of death, presented to Justice Kennedy, and by him referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Arizona denied.